Peter Ariola, appellee, v. Nick Mucerino, appellant. Gen No. 25,598.

Action to recover damages for breach of warranty in sale of secondhand automobile truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 22, 1920.

John C. Murphy, Daniel L. Madden and Roy C. Merrick, for appellant. William Navigato, for appellee; Bernard J. Brown, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Leon Bitner, appellee, v. The Pullman Company, appellant. Gen. No. 25,393.

Action by an employee to recover for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed December 22, 1920.

Burry, Johnstone & Peters, for appellant. Scott Osten Cavette and Charles C. Spencer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. John E. Shatford, appellant. Gen. No. 25,462.

Action on a promissory note. Default judgment for plaintiff for want of affidavit of merits. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. John E. Shatford, appellant. Gen. No. 25,463.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. Clarence E. Sawyer, appellant. Gen. No. 25,464.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Thomson delivered the opinion of the court.